DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
PONCIANO MATA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PONCIANO MATA,<br><br>　　　　Defendant.<br>_____ | NO. CR.S-11-267-JAM<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: September 6, 2011<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, and CARO MARKS, attorney for PONCIANO MATA, that the status conference hearing date of August 30, 2011 be vacated, and the matter be set for status conference on September 6, 2011 at 9:30 a.m.

　　　The reason for this continuance is to allow the government time to prepare and offer a plea agreement, and to give defense counsel sufficient time to receive the plea agreement and then to review it with the defendant.

　　　Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 6, 2011 pursuant to 18

1  U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local
2  Code T4 based upon continuity of counsel and defense preparation.

3  DATED: August 29, 2011.                    Respectfully submitted,
4                                              DANIEL J. BRODERICK
5                                              Federal Public Defender

7                                              /s/ Caro Marks
                                               CARO MARKS
8                                              Designated Counsel for Service
                                               Attorney for Ponciano Mata

10 DATED: August 29, 2011.                    BENJAMIN WAGNER
                                               United States Attorney

13                                             /s/ Caro Marks for
                                               MICHELE BECKWITH
                                               Assistant U.S. Attorney
14                                             Attorney for Plaintiff

17                                  ORDER

18     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
19 ordered that the August 30, 2011,  status conference hearing be
20 continued to September 6, 2011, at 9:30 a.m.  Based on the
21 representation of defense counsel and good cause appearing there from,
22 the Court hereby finds that the failure to grant a continuance in this
23 case would deny defense counsel reasonable time necessary for effective
24 preparation, taking into account the exercise of due diligence.  The
25 Court finds that the ends of justice to be served by granting a
26 continuance outweigh the best interests of the public and the defendant
27 in a speedy trial.  It is ordered that time up to and including the
28 September 6, 2011 status conference shall be excluded from computation

of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   8/29/2011

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge